**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                          **CIVIL ACTION NO. 3:06CR15-P-A**

**ANTONIO CRUZ-SANDOVAL**

## ORDER

This cause is before the Court on the defendant's Motion for Continuance [10]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for March 27, 2006. Counsel for the defendant needs additional time to review discovery and to adequately investigate the case. As a further matter, the defendant does not speak English and the limited availability of an interpreter has affected counsel's opportunity to confer with his client. The government has no objection to the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from March 27, 2006 until the new trial date to be set in this matter.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [10-1] is GRANTED;

2. That the trial of this matter is continued until Monday, May 15, 2006 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from March 27, 2005 until May 15, 2006 is excluded as set out above;

4. That the deadline for filing pretrial motions is April 24, 2006;

5. That the deadline for submitting a plea agreement is May 1, 2006.

SO ORDERED, this the 15th day of March, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE